NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**HOFFMANN-LA ROCHE INC.,**
*Plaintiff-Appellant,*

v.

**TEVA PHARMACEUTICALS USA, INC. AND TEVA PHARMACEUTICAL INDUSTRIES LTD.,**
*Defendants-Appellees.*

---

2012-1131

---

Appeal from the United States District Court for the District of New Jersey in case no. 09-CV-5283, Judge Esther Salas.

---

ON MOTION

---

ORDER

Hoffmann-LaRoche Inc. moves unopposed for a limited remand for the purpose of permitting the district court to enter an order granting a motion under Fed. R. Civ. P. 60(b) to amend the dismissal order to state that the appeal is dismissed "without prejudice." The district court issued an indicative order stating that it will amend the order as described if this court remands the appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted and the remand is allowed for the limited purpose of allowing the district court to enter a ruling. This court otherwise retains jurisdiction over the appeal. The parties should promptly notify this court after the district court's ruling.

FOR THE COURT

**SEP 2 4 2012**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Brian D. Coggio, Esq.
    Jeffer Ali, Esq.

s25

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 2 4 2012

JAN HORBALY
CLERK